

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF HAROLD DEAN PHIPPS, DECEASED. | § § § § § § § | No. 08-25-00069-CV<br><br>Appeal from the<br><br>143rd District Court<br><br>of Ward County, Texas<br><br>(TC# 22-11-26171-CVW) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for failure to pay the required filing fee. Tex. R. App. P. 42.3(c), 5.

Appellant Floyd Dean Phipps filed a notice of appeal with the District Clerk of Ward County on January 30, 2025, and in this Court on February 20, 2025. Upon filing, the Clerk of the Court notified Appellant by letter that a civil appeal filing fee of $205 was due. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified him that his appeal would be subject to dismissal, on or after March 2, 2025, if he failed to pay the filing fee or failed to show an excuse from payment.

*See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, Appellant has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). All pending motions are denied as moot.

GINA M. PALAFOX, Justice

March 10, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.